UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL E. CREECH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No.   11-14769

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on October 23, 2012, this matter is remanded for further administrative proceedings.

DAVID WEAVER

Dated: October 23, 2012    By: s/Julie Owens
        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 23, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160